BENJAMIN L. DURYEA, Respondent, v. CHARLES R. BERGMANN and Another, Appellants, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

PHILIP RHINELANDER, as Surviving Executor and Trustee, etc., Appellant, v. EUGENE LAMB RICHARDS, as Trustee in Bankruptcy of ANTHONY DEUTSCH and Another, Individually and as Copartners, etc., Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

MARIE NICOLETTI, Respondent, v. UNION RAILWAY COMPANY OF NEW YORK CITY and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

MAUDE R. STODDARD, Respondent, v. JOHN M. STODDARD, Appellant.— Motion granted, and application for leave to appeal granted. Order signed. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

In the Matter of the Transfer Tax upon the Estate of OSCAR LEWISOHN, Deceased. THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; CHARLES D. NEWTON, Attorney-General of the State of New York, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements, on opinion of Surrogate Cohalan. (Reported in 107 Misc. Rep. 582.) Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK DOCK COMPANY, Appellant, v. TRAVIS H. WHITNEY and Others, as Public Service Commissioners and Constituting the Public Service Commission for the First District in the State of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.; Page, J., dissented.

ALBERT F. LESHER, Respondent, v. MANUFACTURING JEWELERS' EXPORT COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

CHARLOTTE L. MACKENZIE and Another, Appellants, v. ARTHUR F. LUKE and Others, Partners, etc., Respondents, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

JAMES ANDERSON HAWES, Appellant, v. BARCLAY E. V. McCARTY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

GEORGE L. SEXTON, Appellant, v. BRIDGEPORT ENGINEERING COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ELLWOOD C. JACKSON, Respondent, v. J. K. JOICE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.